UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL COURTNEY, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AVID TECHNOLOGY, INC., GARY G. GREENFIELD, KENNETH A. SEXTON, and ERNST & YOUNG, LLP,<br><br>Defendants. | Civil Action No. 1:13-cv-10686-WGY |

## DECLARATION OF DAVID A. ROSENFELD

David A. Rosenfeld does hereby certify and say:

1. I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for lead plaintiff Michael Courtney ("Plaintiff") in the above-captioned matter. I submit this Declaration in support of Plaintiff's opposition to Defendants' Joint Motion to Reconsider the Court's Order on the Motions to Dismiss and, in the Alternative, for Sanctions.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Shane Rodbourn, dated November 4, 2014.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email, dated October 27, 2014, from Matthew McGinnis, an attorney at Ropes & Gray LLP, to the undersigned, David A. Rosenfeld. The email reflects that it was sent on Monday, October 27, 2014, at 5:15 p.m. (Eastern).

4.     Attached hereto as Exhibit 3 is a true and correct copy of an email, dated October 27, 2014, from the undersigned, David A. Rosenfeld, to Matthew McGinnis. The email reflects that it was sent on Monday, October 27, 2014, at 5:44 p.m. (Eastern).

5.     Attached hereto as Exhibit 4 is a true and correct copy of an email from ECFnotice@mad.uscourts.gov to the undersigned, David A. Rosenfeld, reflecting the filing of Document Number 105, which is the motion currently before the Court. The email reflects that Document Number 105 was filed at 6:33 p.m (Eastern).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 12, 2014

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL COURTNEY, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AVID TECHNOLOGY, INC., GARY G. GREENFIELD, KENNTH A. SEXTON, And ERNST & YOUNG, LLP,<br><br>Defendants. | Civil Action No. 1:13-cv-10686-WGY |

## DECLARATION OF SHANE RODBOURN

I, Shane Rodbourn, hereby declare under penalty of perjury:

1. I testified at a deposition in this case on October 3, 2014.

2. I was asked a number of questions about statements that were attributed to me in the amended complaint, arising out of conversations I had with investigators from the Plaintiffs' law firm.

3. These conversations happened over a year before the deposition. I testified a number of times that I could not recall saying specific words or phrases. I did have a memory of, and testified about, the facts surrounding the statements attributed to me. I refer to pages 66-72 and other parts of the transcript where I explained what I remembered about the events themselves.

4. Although I do not remember the specifics of the conversations or the exact words, I did not deny that I made the statements attributed to me. I simply do not recall the specifics of the conversations.

5. I testified at length in my deposition about what I did remember, both of the events and meetings themselves, and my conversations, so I will not now repeat that testimony.

Dated: Nov. 4, 2014

*[signature]*
Shane Rodbourn

# EXHIBIT 2

## David Rosenfeld

**From:** McGinnis, Matthew [Matthew.McGinnis@ropesgray.com]
**Sent:** Monday, October 27, 2014 5:15 PM
**To:** Jeremy Lieberman (jalieberman@pomlaw.com); Star M. Tyner (smtyner@pomlaw.com); David Rosenfeld; Christopher Barrett
**Cc:** Donovan, John D., Jr.; Boodoo, Jesse; Shiposh, Michael; Wood, Lisa (LWood@foleyhoag.com); Baltay, Matthew (MBaltay@foleyhoag.com)
**Subject:** Courtney v. Avid

Counsel:

Pursuant to LR 7.1, we write to advise that we will be moving for reconsideration of the Court's order on the defendants' motions to dismiss and, in the alternative, for sanctions, in light of Mr. Rodbourn's testimony. We assume you oppose our motion, but let us know promptly if not.

**Matthew L. McGinnis**
**ROPES & GRAY LLP**
T +1 617 951 7567 | M +1 617 283 0019 | F +1 617 235 9740
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
matthew.mcginnis@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

# EXHIBIT 3

## David Rosenfeld

| | |
|---|---|
| **From:** | David Rosenfeld |
| **Sent:** | Monday, October 27, 2014 5:44 PM |
| **To:** | McGinnis, Matthew |
| **Cc:** | Jeremy Lieberman (jalieberman@pomlaw.com); Star M. Tyner (smtyner@pomlaw.com); Christopher Barrett; Donovan, John D., Jr.; Boodoo, Jesse; Shiposh, Michael; Wood, Lisa (LWood@foleyhoag.com); Baltay, Matthew (MBaltay@foleyhoag.com) |
| **Subject:** | Re: Courtney v. Avid |

Aside from our vehement disagreement that any motion for sanctions is warranted, which we can discuss with you tomorrow, the motion you are proposing would be procedurally improper:

Rule 11(c)(2) Motion for Sanctions. A motion for sanctions must be made separately from any other motion and must describe the specific conduct that allegedly violates Rule 11(b). The motion must be served under Rule 5, but it must not be filed or be presented to the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service or within another time the court sets. If warranted, the court may award to the prevailing party the reasonable expenses, including attorney's fees, incurred for the motion.

On Oct 27, 2014, at 2:14 PM, McGinnis, Matthew <Matthew.McGinnis@ropesgray.com> wrote:

> Counsel:
>
> Pursuant to LR 7.1, we write to advise that we will be moving for reconsideration of the Court's order on the defendants' motions to dismiss and, in the alternative, for sanctions, in light of Mr. Rodbourn's testimony. We assume you oppose our motion, but let us know promptly if not.
>
> **Matthew L. McGinnis**
> **ROPES & GRAY LLP**
> T +1 617 951 7567 | M +1 617 283 0019 | F +1 617 235 9740
> Prudential Tower, 800 Boylston Street
> Boston, MA 02199-3600
> matthew.mcginnis@ropesgray.com
> www.ropesgray.com
>
> This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

11/12/2014

# EXHIBIT 4

**David Rosenfeld**

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Monday, October 27, 2014 6:33 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:13-cv-10686-WGY Courtney v. Avid Technology, Inc. et al Motion for Reconsideration |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered by Donovan, John on 10/27/2014 at 6:33 PM EDT and filed on 10/27/2014

| | |
|---|---|
| **Case Name:** | Courtney v. Avid Technology, Inc. et al |
| **Case Number:** | 1:13-cv-10686-WGY |
| **Filer:** | Avid Technology, Inc. |
| | Ernst & Young LLP |
| | Gary G. Greenfield |
| | Kenneth A. Sexton |

**Document Number:** 105

**Docket Text:**
**Joint MOTION for Reconsideration re [60] Memorandum & ORDER,, , MOTION for Sanctions ( Responses due by 11/10/2014) by Avid Technology, Inc., Ernst & Young LLP, Gary G. Greenfield, Kenneth A. Sexton.(Donovan, John)**


**1:13-cv-10686-WGY Notice has been electronically mailed to:**

Adam M. Stewart    astewart@shulaw.com

Andrew W. Hutton    dhutton@rgrdlaw.com

Bryan A. Wood    bwood@bermandevalerio.com, bdentremont@bermandevalerio.com, bmccarthy@bermandevalerio.com, ecf@bermandevalerio.com

Christopher M. Barrett    cbarrett@rgrdlaw.com

11/12/2014

Daniel L. McFadden     dmcfadden@foleyhoag.com

David A. Rosenfeld     drosenfeld@rgrdlaw.com, e_file_ny@rgrdlaw.com, e_file_sd@rgrdlaw.com

Edward F. Haber     ehaber@shulaw.com, filing@shulaw.com

Jeremy A. Lieberman     jalieberman@pomlaw.com, lpvega@pomlaw.com

Jesse M. Boodoo     jesse.boodoo@ropesgray.com

John D. Donovan , Jr     jdonovan@ropesgray.com, courtalert@ropesgray.com, kathryn.silva@ropesgray.com, thomas.tuttle@ropesgray.com

Kathleen M. Donovan-Maher     kdonovanmaher@bermanesq.com, bdentremont@bermandevalerio.com, bmccarthy@bermandevalerio.com, ecf@bermandevalerio.com

Lisa C. Wood     lwood@foleyhoag.com

Matthew C. Baltay     mbaltay@foleyhoag.com

Matthew L. McGinnis     matthew.mcginnis@ropesgray.com, courtalert@ropesgray.com

Michael J. Shiposh     michael.shiposh@ropesgray.com, courtalert@ropesgray.com

Theodore M. Hess-Mahan     thess-mahan@hutchingsbarsamian.com

**1:13-cv-10686-WGY Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=10/27/2014] [FileNumber=5740914-0] [c94dbe2f51d76a0d53b4f759355916dbd52f8c9263495dfb444a69e11b5ddd25e9 56e19f11b123a8eeae4c050ec27bfe9e8d9cb95889dd20c14f93a0d1efe34b]]

11/12/2014