UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL COURTNEY, Individually and on Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br>    vs.<br><br>AVID TECHNOLOGY, INC., GARY G. GREENFIELD, KENNETH A. SEXTON and ERNST & YOUNG, LLP,<br><br>                            Defendants. | No. 1:13-cv-10686-WGY<br><br>CLASS ACTION |

LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

994291_1

Lead Plaintiff Michael Courtney ("Lead Plaintiff") hereby moves the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an order: (1) granting preliminary approval of the proposed Settlement which provides for the payment of $2,595,000 in cash to resolve this securities class action against Defendants; (2) certifying the Settlement Class pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure for purposes of effectuating the proposed Settlement; (3) directing that Settlement Class Members be given notice of the pendency of this Litigation and the proposed Settlement in substantially the same form and manner set forth in the Stipulation of Settlement, dated December 31, 2014 (the "Settlement Agreement") and the Exhibits annexed thereto; (4) setting a hearing date for the Court to consider final approval of the proposed Settlement and related matters; and (5) setting a schedule of events to govern the remaining procedural aspects of the proposed Settlement.

In support of his motion, Lead Plaintiff relies on the Settlement Agreement, the Exhibits annexed thereto, and the Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, submitted herewith, which are incorporated herein in their entirety.

DATED:  December 31, 2014             Respectfully submitted,

                                      POMERANTZ LLP
                                      MARC I. GROSS
                                      JEREMY A. LIEBERMAN
                                      GUSTAVO F. BRUCKNER
                                      STAR MISHKEL TYNER


                                           s/ Jeremy A. Lieberman
                                      JEREMY A. LIEBERMAN

                                      600 Third Avenue
                                      New York, NY  10016
                                      Telephone:  212/661-1100
                                      212/661-8665 (fax)

- 1 -

994291_1

POMERANTZ LLP
PATRICK V. DAHLSTROM
10 South LaSalle Street, Suite 3505
Chicago, IL  60603
Telephone:  312/377-1181
312/377-1184 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
CHRISTOPHER M. BARRETT
WILLIAM J. GEDDISH


       s/ David A. Rosenfeld
       DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
ELLEN GUSIKOFF STEWART
ANDREW W. HUTTON
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Co-Lead Counsel for Lead Plaintiff

HUTCHINGS, BARSAMIAN, MANDELCORN
   & ROBINSON, LLP
THEODORE M. HESS-MAHAN (BBO #557109)
110 Cedar Street, Suite 250
Wellesley Hills, MA  02481
Telephone:  781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

SHAPIRO HABER & URMY LLP
EDWARD F. HABER (BBO #215620)
Seaport East – Two Seaport Lane, 6th Floor
Boston, MA  02210
Telephone:  617/439-3939
617/439-0134 (fax)
ehaber@shulaw.com

Liaison Counsel

VANOVERBEKE MICHAUD &
   TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiff

- 3 -

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that counsel for Lead Plaintiff conferred in good faith with counsel for Defendants, and Defendants do not oppose the relief requested herein.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

994291_1

CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 31, 2014.

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 31, 2014.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
Email: drosenfeld@rgrdlaw.com

994291_1