**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHAEL COURTNEY, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>AVID TECHNOLOGY, INC., GARY G. GREENFIELD, KENNETH A. SEXTON; and ERNST & YOUNG, LLP,<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:13-cv-10686-WGY |

**LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF THE SETTLEMENT AND FINAL APPROVAL OF THE PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS AND MOTION FOR (I) AWARD OF ATTORNEYS' FEES, (II) PAYMENT OF EXPENSES, AND (III) COMPENSATORY AWARD TO LEAD PLAINTIFF**

- 2 -

Lead Plaintiff Michael Courtney ("Lead Plaintiff") hereby moves the Court for an order: (1) granting final approval of the Settlement and Plan of Allocation which provides for the payment of $2,595,000.00 in cash to resolve this securities class action against Defendants; (2) finding that notice to the Class satisfied Due Process; (3) entering the proposed Judgment and Order of Dismissal with Prejudice of this action; (4) awarding attorneys' fees in the amount of 30% of the Settlement Fund, *i.e.*, $778,500.00 in cash to be paid upon final approval; (5) approving reimbursement of $505,992.62 in aggregate expenses to Lead Plaintiff's counsel; and (6) granting an award to Lead Plaintiff in the amount of $10,000.00.

In support of his motion, Lead Plaintiff relies on the (1) Settlement Agreement and all Exhibits annexed thereto; (2) Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of the Settlement and Final Approval of the Plan of Allocation of Settlement Proceeds; (3) Memorandum of Law in Support of Lead Plaintiff's Motion for (i) Award of Attorneys' Fees, (ii) Payment of Expenses, and (iii) Compensatory Award to Lead Plaintiff; and (4) Joint Declaration of Jeremy A. Lieberman and David A. Rosenfeld submitted herewith and all Exhibits annexed thereto.

DATED: April 21, 2015

Respectfully submitted,

**POMERANTZ LLP**

s/ *Jeremy A. Lieberman*
Marc I. Gross
Jeremy A. Lieberman
Star M. Tyner
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
migross@pomlaw.com
jalieberman@pomlaw.com
smtyner@pomlaw.com

**POMERANTZ LLP**

Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**

Samuel H. Rudman
David A. Rosenfeld
Christopher Barrett
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
cbarrett@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**

Ellen Gusikoff Stewart
Andrew W. Hutton
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
elleng@rgrdlaw.com
dhutton@rgrdlaw.com

*Co-Lead Counsel for Lead Plaintiff*

**SHAPIRO HABER & URMY LLP**
Edward F. Haber (BBO # 215620)
Seaport East
Two Seaport Lane
Boston, MA 02210
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
ehaber@shulaw.com

**VANOVERBEKE MICHAUD & TIMMONY, P.C.**
Thomas A. Michaud
79 Alfred Street
Detroit, MI  48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
tmichaud@vmtlaw.com

**HUTCHINGS, BARSAMIAN,
MANDELCORN & ZEYTOONIAN LLP**
Theodore M. Hess-Mahan
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726
thess-mahan@hutchingsbarsamian.com

*Additional Counsel for Lead Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 21, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      */s/ Jeremy A. Lieberman*
                                      Jeremy A. Lieberman