UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL COURTNEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AVID TECHNOLOGY, INC., GARY G. GREENFIELD, KENNETH A. SEXTON and ERNST & YOUNG, LLP,<br><br>Defendants. | No. 1:13-cv-10686-WGY<br><br><u>CLASS ACTION</u> |

[~~PROPOSED~~] ORDER AWARDING ATTORNEYS' FEES, LITIGATION EXPENSES, AND COMPENSATORY AWARD TO LEAD PLAINTIFF

1025951_1

THIS MATTER having come before the Court on May 12, 2015, on Lead Plaintiff's Motion for (I) Award of Attorneys' Fees, (II) Payment of Expenses, and (III) Compensatory Award to Lead Plaintiff ("Fee Motion"), the Court, having considered all papers filed and proceedings conducted herein, having found the Settlement of this class action (the "Litigation") to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement filed with the Court. *See* Dkt. No. 136.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Settlement Class Members who have not timely and validly requested exclusion.

3. The Court hereby awards to Lead Counsel attorneys' fees of 30% of the Settlement Fund, an amount totaling $778,500.00, as well as litigation expenses totaling $505,992.62, together with the interest earned on both amounts for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. The Court hereby approves a compensatory award in the amount of $10,000 for Lead Plaintiff Michael Courtney. The Court finds that this award is fair and reasonable in light of Lead Plaintiff's significant time commitments on behalf of the Settlement Class.

5. The fees and expenses shall be allocated among Plaintiffs' Counsel in a manner which, in Lead Counsel's good-faith judgment, reflects each such counsel's contribution to the prosecution and settlement of the Litigation.

6.      Awarded attorneys' fees, litigation expenses, and Lead Plaintiff's compensatory award shall immediately be paid to Lead Counsel and Lead Plaintiff subject to the terms, conditions, and obligations of the Stipulation of Settlement.

IT IS SO ORDERED.

DATED: May 12, 2015

*/s/ William G. Young*
THE HONORABLE WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE